# cerasia law llc
## employment lawyers

Alison L. Tomasco
646.525.4234
alison@cdemploymentlaw.com

August 8, 2025

> **APPLICATION GRANTED:** The Case Management Conference set for 9/9/2025 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, October 9, 2025 at 10:00 a.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 08/11/2025

**BY ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Obiekwe v. WPIX-TV Channel 11, et ano, 25-CV-843 (VSB) (KHP)

Dear Judge Parker:

We represent defendants WPIX-TV Channel 11 and Nexstar Media Group, Inc. (together, the "Defendants") in the above-referenced case. With the consent of Plaintiff's counsel, I write to request an adjournment of the September 9, 2025 case management conference to a later date that is convenient for the Court.

The reason for this request is that Defendants are reviewing approximately 18,000 emails for responsiveness and production, Plaintiff's deposition is scheduled for September 23, 2025, and the parties are working together to schedule eight depositions of Defendants' witnesses. Due to the review of the voluminous electronic discovery and the fact that depositions will not begin until late September, the parties believe that a case management conference would be more productive after the commencement of depositions. This is Defendants' first request for an adjournment of this conference. We thank Your Honor for considering this request.

Respectfully submitted,

CERASIA LAW LLC

*Alison Tomasco*

Alison L. Tomasco

cc:   All Counsel of Record (By ECF)

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368

www.cdemploymentlaw.com