USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OJINIKA OBIEKWE,

                              Plaintiff,

          -against-

WPIX-TV CHANNEL 11, et al.,

                             Defendants.
-----------------------------------------------------------------X

25-CV-843 (VSB) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the Case Management Conference on October 9, 2025, upon completion of discovery, parties shall meet and confer to discuss a proposed summary judgment briefing schedule and submit their proposed schedule to the Court in a joint letter by **October 24, 2025**. Further, should the parties wish to pursue a settlement conference, they shall include a request for same in their joint letter due on October 24, 2025.

      **SO ORDERED.**

DATED:    New York, New York
               October 9, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge