UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                    :
OJINIKA OBIEKWE,                                    :
                                                    :
                              Plaintiff,            :
                                                    :                    25-cv-843 (VSB)
                    -against-                        :
                                                    :                    **ORDER**
WPIX-TV CHANNEL 11, *et al.*,                       :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

On February 27, 2026 at 2:00 p.m., I held a post-discovery telephonic conference regarding a proposed trial date and pre-trial submissions. Accordingly, as discussed during the conference, it is hereby ORDERED that the parties shall submit a joint letter by no later than March 6, 2026 addressing whether a proposed trial start date of July 13, 2026 works with parties schedules, and if not, other proposed trial dates thereafter.

SO ORDERED.

Dated:        March 2, 2026
              New York, New York

              Vernon S. Broderick
              United States District Judge