UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :

OJINIKA OBIEKWE,                             :

                                     :

                Plaintiff,      :                 25-cv-843 (VSB)

                                     :

          -against-                 :

                                     :                 **ORDER**

WPIX-TV CHANNEL 11, *et al.*,          :

                                     :

                Defendants.   :

                                     :

-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Trial in the above-captioned case is scheduled to begin on July 13, 2026 at 10:00 a.m.

IT IS HEREBY ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before May 11, 2026.  In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that any pretrial motions, including motions in limine, are due on or before May 18, 2026, with responses due on or before May 25, 2026.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on June 26, 2026 at 2:00 p.m.

SO ORDERED.

Dated:     March 13, 2026
            New York, New York

_____
Vernon S. Broderick
United States District Judge