UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

OJINIKA OBIEKWE,                           :

                             :

                 Plaintiff,    :

                             :                   25-cv-843 (VSB) (KHP)

             -against-          :

                             :                        **ORDER**

WPIX-TV CHANNEL 11, *et al.*,      :

                             :

                 Defendants.   :

                             :
------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of the parties' proposed joint pretrial order, (Doc. 48, "JPTO"), as well as

Plaintiff's and Defendants' motions in limine.  In the JPTO, the parties noted several objections

to proposed exhibits and deposition transcripts, some of which the parties appear to not have

separately moved in limine to exclude.  Moreover, neither of the parties provided my Chambers

with full copies of these disputed exhibits or deposition transcripts nor filed their motions in

limine and oppositions on ECF.

       The disputed exhibits and deposition transcripts are as follows:  (1) Nicole Johnson's

deposition transcript; (2) Jarrett Shustrin's deposition transcript; (3) PX 1, Answer to Complaint;

(4) PX 9, Jul. 1, 2022 Email: "A few Updates"; (5) DX C, Email chain between O. Obiekwe and

N. Tindiglia, dated August 3, 2021, entitled "Tuesday"; (6) DX L, Emails dated March 3, 2022

recommending and N. Tindiglia approving O. Obiekwe to participate in NYU Journalism

Mentorship Program; (7) DX HH, Email chain between C. Williams, J. Shustrin, C. McDonnell,

N. Tindiglia, and R. Wu (cc: C. Pautsch), dated January 11 and 12, 2023, entitled "Ojinika

Obiwkwe"; and (8) DX LL, Email from N. Tindiglia to C. Williams, dated January 31, 2023,

forwarding Email from J. Shustrin, dated January 24, 2023, and email chain between O.

Obiekwe and P. Mason, dated January 24, entitled "Oscars."  (*Id.*)   Accordingly, it is hereby:

ORDERED that the parties meet and confer regarding the disputed exhibits and deposition transcripts to attempt to narrow the final set of exhibits and deposition transcripts to which an objection will be raised and discuss proposed redactions, if any.  After the parties meet and confer, the parties shall provide my Chambers, via e-mail, with a final list and electronic copies—including copies with proposed redactions—of the disputed exhibits and complete transcripts by **June 17, 2026**.

IT IS FURTHER ORDERED that the parties file their memorandums of law in support of their motions in limine and their opposition motions under seal on ECF and file redacted versions of the memorandums on the docket by **June 17, 2026**.  Pursuant to my Individual Rules & Practices in Civil Cases 6(B)(i), the parties do not need to file the exhibits and transcripts that are the subject of the in limine motions on the public docket.

SO ORDERED.

Dated:      June 10, 2026
            New York, New York

Vernon S. Broderick
United States District Judge

2