UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OJINIKA OBIEKWE,

Plaintiff,

-against-

WPIX-TV CHANNEL 11, *et al.*,

Defendants.

---

25-cv-843 (VSB) (KHP)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On May 13, 2026, I received the parties' joint proposed jury charge. (Doc. 46.) On July 16, 2026, I transmitted proposed jury instructions to the parties via email, attached to this Order as Exhibit A. On July 17, 2026, I held a charge conference in this matter to discuss the proposed jury charge, at which the parties raised various objections to the proposed jury charge, almost all of which I resolved during the conference. Later, on July 18, 2026, after the charge conference, I transmitted the presumptively final jury charge to the parties by email, attached to this Order as Exhibit B, and requested any changes or objections by the evening of July 19, 2026. On July 19, 2026, the parties submitted agreed-upon further changes to the proposed jury charge. That same day, on July 19, 2026, I integrate those changes and sent the final version of the jury charge to the parties. This final version is attached to this Order as Exhibit C and was read to the jurors on July 21, 2026.

Moreover, it is HEREBY ORDERED that the parties' motions in limine at Docs. 57, 60, and 62 are DENIED as moot. The Clerk of Court is respectfully directed to terminate the motions at Doc. 57, 60, and 62.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon S. Broderick
United States District Judge