UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OJINIKA OBIEKWE,

Plaintiff,

-against-

WPIX-TV CHANNEL 11, *et al.*,

Defendants.

25-cv-843 (VSB) (KHP)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On July 21, 2026, a jury returned the verdict in Plaintiff's favor. (Doc. 69.) It is HEREBY ORDERED that the parties shall file a joint briefing schedule for any post-trial motions and submissions, including questions of front pay and back pay, by **October 14, 2026**.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon S. Broderick
United States District Judge